# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>         **Plaintiff(s),** )<br>**vs.** )<br>**Stephen Norman Brougham, Sr.,** )<br>         **Defendant(s).** )<br> ) | **CR 06-1493-TUC-DCB (HCE)**<br><br>**ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Dismiss/Motion to Suppress Unlawful Seizure (Doc. Nos. 13 & 15).

Magistrate Judge Estrada conducted a hearing on October 16 and 20, 2006, and issued his Report and Recommendation on November 8, 2006, however, it was not electronically filed by the Clerk's office until November 22, 2006 (Doc. No. 49). No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation (Doc.

No. 49) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED Defendant's Motion to Dismiss/Motion to Suppress Unlawful Seizure (Doc. Nos. 13 & 15) is DENIED.

DATED this 12th day of December, 2006.

David C. Bury
United States District Judge